**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Adriene Sibley v. Port Freeport

Appellate case number:    01-22-00860-CV

Trial court case number:  CI61616

Trial court:              County Court at Law No. 3 & Probate Court of Brazoria County

Appellant Adriene Sibley filed a notice of appeal challenging the October 24, 2022 judgment signed by the trial court.   On December 5, 2022, she filed in this Court a "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond." Having reviewed the documents filed in this proceeding, we direct the Clerk of this Court to make an entry in this Court's records that Appellant is allowed to proceed on appeal without payment of this Court's filing fees. *See* TEX. R. APP. P. 20.1(a), (c).

It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting individually


Date:  January 3, 2023